# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00534-CR

**Matthew Glenn Hopkins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### NO. 49873, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due March 11, 2022. On counsel's motion, the time for filing was extended to May 11, 2022. Appellant's counsel has now filed a third motion, advising the Court that counsel requested a supplemental clerk's record from the district clerk's office on July 25, 2022, and asking that the Court extend the time for filing appellant's brief until 30 days from the date the record is filed.

We grant the motion for extension of time and order appellant to file a brief no later than 30 days from the date the supplemental clerk's record is filed. Further extensions of time are strongly discouraged and will be granted only upon a showing of good cause. Failure to comply with this order will result in the referral of this case to the trial court for a hearing under

Rule 38.8(b) of the Texas Rules of Appellate Procedure. Alternatively, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on August 19, 2022.

Before Chief Justice Byrne, Justices Triana and Smith

Do Not Publish